**MESSNER REEVES LLP**
Renee M. Finch (Nevada Bar No. 13118)
8945 W. Russell Rd., Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
Email: rfinch@messner.com

**THORPE SHWER, P.C.**
William L. Thorpe (Arizona Bar No. 005641), *Pro Hac Vice*
Thomas D. Ulreich-Power (Arizona Bar No. 019345), *Pro Hac Vice*
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: tulreich-power@thorpeshwer.com

*Attorneys for Defendant J B Hunt Transport, Inc.
 and Matthew Thomas Sargent*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADOLFO MADUENA, individually;<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW THOMAS SARGENT, individually; J.B. HUNT TRANSPORT, INC.; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-00188-JCM-EJY<br>DEPT. B<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Adolfo Maduena and Defendants J.B. Hunt Transport, Inc. and Matthew Thomas Sargent, hereby stipulate and agree that all claims in this action shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs.

. . .

. . .

. . .

. . .

9332803

| | |
|---|---|
| DATED: January 27, 2023 | DATED: January 27, 2023 |
| **ER INJURY ATTORNEYS** | **THORPE SHWER, P.C.** |
| By:*/s/ Justin G. Randall (with permission)*<br>Justin G. Randall, Esq<br>ER Injury Attorneys<br>10845 Griffith Peak Drive, Suite 200<br>Las Vegas, NV 89135<br>***Attorneys for Plaintiffs*** | By: */s/ William L. Thorpe*<br>WILLIAM L. THORPE, ESQ.*<br>THOMAS D. ULREICH-POWER, ESQ.*<br>3200 North Central Avenue, Suite 1560<br>Phoenix, Arizona 85012-2441<br><br>*Admitted *pro hac vice*<br><br>and,<br><br>**MESSNER REEVES LLP**<br>RENEE FINCH, ESQ.<br>8945 W. Russell Rd., Suite 300<br>Las Vegas, Nevada 89148<br><br>***Attorneys for Defendant JB Hunt Transport, Inc. and Stephen R. Palacios*** |

## ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that this matter be dismissed in its entirety, with prejudice, and with each side to bear its own attorneys' fees and costs. **IT IS SO ORDERED:**

_____
U.S. DISTRICT JUDGE

DATED February 6, 2023

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify I am an employee of THORPE SHWER, P.C., and on this 27th day of January, 2023 I served a copy of the foregoing **Stipulation and Order of Dismissal with Prejudice** upon the following via electronic service through the United States District Court for the District of Nevada's ECF system.

___ via U.S. Mail
___ via Hand Delivery
___ via Facsimile
___ via Overnight Delivery
_X_ via CM/ECF
___ via Electronic Mail

> Justin G. Randall, Esq
> ER Injury Attorneys
> 10845 Griffith Peak Drive, Suite 200
> Las Vegas, NV 89135
> justin@erinjuryattorneys.com
> ***Attorneys for Plaintiffs***

*/s/ Joan Peralta*
An Employee of Thorpe Shwer, P.C.

3

9332803